UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE LAMAR JACKSON,

    Petitioner,

v.                                         Case Number: 08-cv-13571
                                            HON. AVERN COHN

BLAINE C. LAFLER,

    Respondent,
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Memorandum and Order dated June 09, 2011, this cause of action is **DENIED WITH PREJUDICE**.

Dated at Detroit, Michigan this 9th day of June, 2011.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              BY: s/Julie Owens
APPROVED:                                      Deputy Clerk

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Andre Jackson, 381114, Carson City Correctional Facility, 10522 Boyer Road, Carson City, MI 48811 and the attorneys of record on this date, June 9, 2011, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager, (313) 234-5160